UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON E. HAYES                                         CIVIL ACTION

VERSUS                                                  NO. 20-2864

OLD REPUBLIC INSURANCE                        SECTION "R" (1)
COMPANY, ET AL.

## ORDER AND REASONS

Before the Court is plaintiff Jason E. Hayes' motion to remand this matter to Louisiana state court, on the basis that the Court lacks diversity jurisdiction.[1] In the alternative, plaintiff requests jurisdictional discovery.[2] Defendant Morgan M. Welsh opposes the motion, contending that diversity jurisdiction exists because she was a Mississippi domiciliary at the time plaintiff filed suit and at the time of removal.[3]

The Court "has broad discretion in all discovery matters." *Wyatt v. Kaplan*, 686 F.2d 276, 283 (5th Cir. 1982). Jurisdictional discovery may be warranted when "the issue of subject matter jurisdiction turns on a disputed fact." *In re MPF Holdings US LLC*, 701 F.3d 449, 457 (5th Cir. 2012) (citing

---

[1]   R. Doc. 8.
[2]   *Id.*
[3]   R. Doc. 9.

*In re Eckstein Marine Serv. L.L.C.*, 672 F.3d 310, 319-20 (5th Cir. 2012)). "The party seeking discovery bears the burden of showing its necessity." *Freeman v. United States*, 556 F.3d 326, 341 (5th Cir. 2009).

The Court finds that the question of subject matter jurisdiction turns on a disputed fact: whether Welsh is domiciled in Mississippi or Louisiana. The Court finds that the evidence presented by the parties is inconclusive, and that plaintiff has carried his burden of showing that jurisdictional discovery is necessary to resolve the dispute. Accordingly, the Court GRANTS plaintiff's motion IN PART to allow for a period of jurisdictional discovery.

The Court ORDERS that the parties have until April 30, 2021, to conduct jurisdictional discovery. The Court FURTHER ORDERS that the parties must consult immediately and reach an agreement regarding the scope of the jurisdictional discovery. To the extent the parties cannot reach an agreement, they are directed to contact Magistrate Judge Janis van Meerveld's chambers to schedule a conference to resolve the matter.

The Court FURTHER ORDERS that, on or by May 7, 2021, plaintiff shall file a supplemental memorandum in support of his motion to remand, containing any additional information generated by the discovery.

Defendant shall file a response on or by May 14, 2021, at which time the matter will be under submission.

New Orleans, Louisiana, this __1st__ day of March, 2021.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE